[No. 41269-1-II. Division Two. February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LENARD OLSON, *Appellant*.

*Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Van Deren and Johanson, JJ.

[No. 41298-5-II. Division Two. February 28, 2012.]

JOHN R. WYSS, *Appellant*, v. GRAYS HARBOR COUNTY, *Respondent*.

*Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 41597-6-II. Division Two. February 28, 2012.]

ROBERT EMERICK, *Respondent*, v. CARDIAC STUDY CENTER, INC., PS, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ. Now published at 170 Wn. App. 248.

[No. 41658-1-II. Division Two. February 28, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE F. SHERMAN, *Appellant*.

*Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ.